**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Isaiah John Marcus**<br>DOB: 1990; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-08485MJ** |

Complaint for violation of Title 18, United States Code, Section 922(g)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 8, 2021, in the District of Arizona, **Isaiah John Marcus**, knowingly having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, that is, 521 rounds of .22 LR ammunition, six rounds of .45 ACP ammunition, 32 rounds of 9mm Luger ammunition, and three spent rounds of 9mm Luger ammunition; said ammunition being in and affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 5, 2016, Isaiah John MARCUS was convicted of Possession of a Deadly Weapon by a Prohibited Possessor, a class four felony punishable by imprisonment for a term exceeding one year, in Pima County Superior Court, Arizona, Case Number CR20151931-001. MARCUS was sentenced to fifteen months imprisonment.

On January 8, 2021, law enforcement officers responded to the scene of a shooting at a hotel in Tucson, Arizona. Video surveillance footage captured by the hotel security cameras revealed that a male individual on the second floor balcony of the hotel fired several rounds of ammunition from a handgun toward a hotel room. The male then retreated into room 222 of the hotel. Hotel records revealed that the sole individual renting room 222 was Isaiah John MARCUS. Comparison of the male captured in the surveillance footage with MARCUS's photograph on file with the Arizona Motor Vehicle Division confirmed that the male in the footage was MARCUS. Three spent 9mm Luger caliber shell casings were found in a public walkway of the hotel, consistent with where MARCUS had been shooting, and 521 rounds of .22 LR ammunition, six rounds of .45 ACP ammunition, and 32 rounds of 9mm Luger ammunition were found in MARCUS's hotel room. An ATF interstate nexus expert determined that the total 562 rounds of ammunition recovered from MARCUS's hotel room and the walkway of the Knights Inn were not manufactured in the state of Arizona, and thus traveled in interstate and/or foreign commerce.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>**ANGELA WOOLRIDGE** Digitally signed by ANGELA WOOLRIDGE Date: 2021.04.08 16:28:05 -07'00'<br>AUTHORIZED AUSA *Angela W. Woolridge* | SIGNATURE OF COMPLAINANT<br><br>*/s/ signature/*<br><br>OFFICIAL TITLE<br>ATF Special Agent Nathan Skidmore |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>April 8, 2021  April 9, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

CC: USM, AUSA, PTS (all electronically)